UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Vivian Y. Strong-Smith

vs. CIVIL ACTION NO. 17-021 (ABJ)

DEFENDANT
Martin J. Gruenberg, Chairman, FDIC, Agency

### PLAINTIFF'S CHANGE OF ADDRESS

**PLEASE NOTE FOR THE RECORD A CHANGE OF ADDRESS FOR VIVIAN Y. STRONG-SMITH**

Effective immediately, 2017, my address will be 2008 Rosedale St NE #1, Washington, DC 20002. E-mail remains the same vstronga@yahoo.com and phone number is the same 571-245-5835.

Vivian Y. Strong-Smith, Plaintiff



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIVIAN Y. STRONG-SMITH,
        PLAINTIFF

vs.    CIVIL ACTION NO. 17-201 (ABJ)

MARTIN J. GRUENBERG, CHAIRMAN
FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)

**AFFIDAVIT OF SERVICE**

I, Vivian Y. Strong-Smith mailed the **Change of Address notification**, hereby declare that on the 10th day of MAY, 2017, I mailed a copy of the Change of Address, by US MAIL/FEDEX, to **the** UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and Martin J. Gruenberg, Chairman, Federal Deposit Insurance Corporation (FDIC) defendant; Attorneys for Defendant, Marian L Borum and Pamela C. Nelson 3501 Fairfax Drive, VS-D-6116, Arlington, VA 22226-3500. Attached hereto is the dated receipt/certified green card acknowledging service._____

**DATED RECEIPT/ STAPLE GREEN CARD HERE**

Dated Receipt/ORIGINAL SIGNATURE   *[signature: Vivian Y. Strong-Smith]*