UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIVIAN Y. STRONG-SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-201 (ABJ) |
| MARTIN J. GRUENBERG, | ) ) ) | |
| Defendant. | ) ) | |

**TRANSFER ORDER**

This is an employment discrimination suit against the Federal Deposit Insurance Corporation, arising from plaintiff's former employment in Jacksonville, Florida. *See* Decl. of Pinkie D. Harrod ¶¶ 8-9 [Dkt. # 9-1]. Pending before the court is Defendant's Motion to Dismiss for Lack of Venue or, in the Alternative, to Transfer [Dkt. # 9]. Plaintiff does not dispute that this venue is improper, *see* Def.'s Mem. at 4-8; Pl.'s Resp. at 1 [Dkt. # 12], and she consents to transferring the case to the Middle District of Florida, where, according to defendant "two of the three pertinent prongs of the [controlling] venue provision are satisfied." Def.'s Mem. at 9.

Accordingly, it is

**ORDERED** that defendant's motion to transfer is **GRANTED**, and its motion to dismiss is **DENIED**. The deputy clerk shall transfer this case immediately to the U.S. District Court for the Middle District of Florida.

_____s/_____
AMY BERMAN JACKSON
United States District Judge

DATE: May 17, 2017